**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**November 19, 2007**

**CASE NUMBER: CV 07-05456 MJJ**
**CASE TITLE:  TODD LEE TUBBS-v-SAN FRANCISCO PUBLIC DEFENDERS OFFICE**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/19/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                       Entered in Computer 11/19/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA