UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEE TUBBS,<br><br>             Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO PUBLIC DEFENDERS OFFICE et al,<br><br>             Defendant. | Case Number: CV07-05456 MMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd Lee Tubbs
San Quentin State Prison
J-01344
Hospital 319
San Quentin, CA 94974

Dated: December 3, 2007

                                              Richard W. Wieking, Clerk

                                              By: T. De Martini
                                                  Deputy Clerk